UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:13-CR-21 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JAMES J. EASTMAN | ) | |

## O R D E R

Defendant James J. Eastman ("Defendant") filed a motion to suppress evidence discovered after an allegedly unlawful search of a motel room (Court File No. 17). The motion was referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing on September 18, 2013 and subsequently filed a Report and Recommendation ("R&R") concluding that Defendant's motion should be denied (Court File No. 33). Upon Defendant's request (Court File No. 34), and without objection by the government (Court File No. 35), on January 6, 2014 the Magistrate Judge held an additional hearing to consider testimony of subpoenaed witness Keosha Kellogg ("Kellogg"). The Magistrate Judge then filed a Supplemental R&R, which again concluded that the evidence should not be suppressed (Court File No. 39). Defendant subsequently filed an objection to the Supplemental R&R (Court File No. 41).

For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No 39). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 17).

**SO ORDERED.**

**ENTER:**

**/s/**
_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**